1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT COOKE,

11          Plaintiff,                          No. CIV S-12-837 MCE CKD PS

12        vs.

13   COUNTY OF NEVADA, et al.,

14          Defendants.                         ORDER

15   _____/

16          Plaintiff is proceeding in this action pro se and in forma pauperis.  Plaintiff has

17   filed an amended complaint.  In the amended complaint, plaintiff alleges claims against

18   individuals who are employees of the City of Reno and the County of Washoe, Nevada.

19   Although plaintiff names as a defendant the County of Nevada, there are no claims alleged in the

20   complaint against this defendant and plaintiff has attached as an exhibit to the complaint a note

21   in which he states "There is no case against Nevada County."  Plaintiff's claims arise out of an

22   allegedly unlawful seizure of property from his home located in Reno, Nevada.

23          The federal venue statute requires that a civil action, other than one based on

24   diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

25   defendants reside in the same State, (2) a judicial district in which a substantial part of the events

26   or omissions giving rise to the claim occurred, or a substantial part of property that is the subject

1  of the action is situated, or (3) a judicial district in which any defendant may be found, if there is

2  no district in which the action may otherwise be brought."  28 U.S.C. § 1391(b).

3         In this case, it appears that defendants reside in Nevada and a substantial part of

4  the events giving rise to plaintiff's claims occurred in Reno, Nevada, which is in the District of

5  Nevada, Reno Division.  Therefore, plaintiff's claim should have been filed in the United States

6  District Court for the District of Nevada.  In the interest of justice, a federal court may transfer a

7  complaint filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v.

8  McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

9         Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

10  United States District Court for the District of Nevada, Reno Division.

11  Dated: May 22, 2012

12

13  CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

14

15

16
4
17  cooke.tra

18

19

20

21

22

23

24

25

26